**Jack HINCHMAN, Plaintiff–Appellant,**

v.

**PRIME CARE MEDICAL, Central Regional Jail, Defendant–Appellee.**

No. 01–7526.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Jack Hinchman, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Jack Hinchman appeals from the district court's order denying his motion for reimbursement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hinchman v. Prime Care Medical,* No. CA–01–93–1 (N.D.W.Va. Aug. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*